# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| Z.J.,<br>Plaintiff,<br><br>v.<br><br>THE VANDERBILT UNIVERSITY,<br>Defendant. | Case No. 3:17-cv-00936<br><br>Judge Crenshaw<br><br>Magistrate Judge Holmes |

## JOINT STATUS REPORT

In accordance with the Court's Case Management Order entered May 29, 2018, the parties hereby advise the Court they have made their first good faith attempt to resolve this matter. However, given their relative positions, the parties do not believe that ADR would assist in the resolution of this matter at this time, especially given the pendency of the Defendants' Motion to Dismiss. The parties discussed making another attempt in this regard on the earlier of either ten (10) days after any ruling on the motion to dismiss (if any aspect of the case survives the motion) or ten (10) days before the next scheduled case management conference.

DATED this 6th day of September, 2018.

Respectfully submitted,

/s/ Rob McKinney
Rob McKinney
One Washington Square, Suite 400
214 Second Avenue North
Nashville, TN 37201
rob@maymckinneylaw.com

*Attorney for Plaintiff*

/s/ Tim K. Garrett
Tim K. Garrett (BPR# 012083)
Bass, Berry & Sims PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
(615) 742-6270 (phone)
(615) 742-2770 (fax)
tgarrett@bassberry.com

Bruce M. Berman (*pro hac vice*)
Danielle Conley (*pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6000 (phone)
(202) 663-6363 (fax)
bruce.berman@wilmerhale.com
Danielle.conley@wilmerhale.com

Sheree C. Wright (BPR# 011195)
Senior Associate General Counsel
Office of the General Counsel
Vanderbilt University
2100 West End Avenue, Suite 750
Nashville, TN 37203
sheree.wright@vanderbilt.edu

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of September, 2018 a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to:

Rob McKinney
One Washington Square, Suite 400
214 Second Avenue North
Nashville, TN 37201
rob@maymckinneylaw.com

*Attorney for Plaintiff*

s/ Tim K. Garrett
Tim K. Garrett

25332592.1