IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Z.J., Plaintiff, | Case No. 3:17-cv-0936 |
| v. | Judge Crenshaw |
| THE VANDERBILT UNIVERSITY, Defendant. | Magistrate Judge Holmes |

## ORDER

By the initial case management order entered May 29, 2018, Docket Entry No. 39, a subsequent case management conference was scheduled for October 24, 2018, at 11:00. Due to a conflict in the Court's calendar, and with the agreement of counsel, the subsequent case management conference is RESCHEDULED for **Tuesday**, **November 27, 2018, at 10:00 a.m.** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, Tennessee. This case management conference shall be to address: setting of deadlines reserved in the initial case management order and selection of a target trial date[1]; status of discovery (including any known or anticipated discovery disputes); prospect for settlement (including propriety of ADR); and, any other appropriate matters. By no later than **2 business days** prior to the subsequent case management conference, the parties shall file a joint proposed modified case management order that proposes deadlines for all of the case management scheduling reserved herein and includes a proposed target trial date with anticipated number of trial days.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge

---

[1] The parties are reminded that their proposed target trial date must be within three years from the date of commencement of this case (in this Court), and to propose reserved case management deadlines that also accommodate this timing.