UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| Z.J., | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) NO. 3:17-cv-00936 |
| | ) CHIEF JUDGE CRENSHAW |
| THE VANDERBILT UNIVERSITY, | ) |
| Defendant. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, Defendant's Motion to Dismiss (Doc. No. 26) is **GRANTED**. Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**. The jury trial scheduled for March 17, 2020 and related pre-trial deadlines are **CANCELED**. This is a final order. The Clerk of Court shall issue a judgment in accordance with the Federal Rule of Civil Procedure and close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE