# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

Z.J.

                Plaintiff,

v.                                             Case No.: 3:17–cv–00936

The Vanderbilt University

                Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 12/20/2018 re [48], [49].

                                                              Clerk of Court
                                                     s/ Megan Gregory, Deputy Clerk